USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-18-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

UNITED STATES OF AMERICA,

        - v. -

DAMONTE MOORE,

                    Defendant.

-------------------------------------------------------------- x

24-mj-1341 (UA)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Bail Hearing is set for **April 19, 2024** at **3:45 p.m.**

SO ORDERED.

Dated:    New York, New York
            April 18, 2024

                                                               **ANDREW L. CARTER, JR.**
                                                               **United States District Judge**